UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 11697
    BILLY JERMAINE DORSEY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-9422


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/18/2006 and was confirmed 11/09/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

    The case was dismissed after confirmation 07/19/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 6983.00 | 200.64 | 909.14 |
| DRIVE FINANCIAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARONSON FURNITURE | SECURED | 984.00 | 36.36 | 549.85 |
| ARONSON FURNITURE | UNSECURED | 109.44 | .00 | .00 |
| GREAT AMERICAN FINANCE C | SECURED | 1000.00 | 36.95 | 558.80 |
| GREAT AMERICAN FINANCE C | UNSECURED | 1207.88 | .00 | .00 |
| HELLER & FRISONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAS CHOICE READERS | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | NOTICE ONLY | NOT FILED | .00 | .00 |
| COMCAST | NOTICE ONLY | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 430.70 | .00 | .00 |
| ILL STATE TOLL HIGHWAY A | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 879.64 | .00 | .00 |
| NICOR GAS | NOTICE ONLY | NOT FILED | .00 | .00 |
| PLAINS COMMERCE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | NOTICE ONLY | NOT FILED | .00 | .00 |
| US ENERGY SAVINGS | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | NOTICE ONLY | NOT FILED | .00 | .00 |
| INGALLS MEMORIAL HOSPITA | NOTICE ONLY | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 530.99 | .00 | .00 |
| GALWAY FINANCIAL SVC LLC | UNSECURED | 305.00 | .00 | .00 |
| LEDFORD & WU | DEBTOR ATTY | 2,696.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 133.38 |
| DEBTOR REFUND | REFUND | | | .00 |

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 11697 BILLY JERMAINE DORSEY

```
                              RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       2,425.12

PRIORITY                                              .00
SECURED                                          2,017.79
     INTEREST                                      273.95
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                               133.38
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                        2,425.12          2,425.12
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/23/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE


                         PAGE   2
          CASE NO. 06 B 11697 BILLY JERMAINE DORSEY